ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Information |
| BODRICK STEELE | No. 1:21-CR-255 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
**(General Conspiracy – 18 U.S.C. § 371)**

1.   Beginning in or about October 2017, and continuing until in or about October 2018, in the Northern District of Georgia and elsewhere, the defendant, BODRICK STEELE, and       . and M.N., did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with one another, and others known and unknown to the United States Attorney, to commit certain federal criminal offenses, namely, to knowingly and unlawfully:

A. Remove, obliterate, tamper with, and alter an identification number of a motor vehicle, in violation of Title 18, United States Code, Section 511(a);

B. Possess with intent to sell and otherwise dispose of a motor vehicle, knowing that the vehicle identification number of the vehicle had been unlawfully tampered with and altered, in violation of Title 18, United States Code, Section 2321;

C. To transport in interstate and foreign commerce a motor vehicle, knowing the motor vehicle had been stolen, in violation of Title 18, United States Code, Section 2312; and

D. To receive, possess, conceal, store, barter, sell, and dispose of any motor vehicle that crossed a State and United States boundary after being stolen, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2313(a).

## Background

It is relevant to the conspiracy that:

1.  Every passenger car or truck sold in the United States since the 1981 model year has a unique 17-digit Vehicle Identification Number (VIN) that identifies that particular vehicle by manufacturer, manufacturing plant, model, body type, transmission type, engine code, production sequence, and other specific, identifying information. The VINs of cars and trucks are located beneath the windshield on the driver's side, and in other areas in the interior and exterior.

2.  When a vehicle is reported stolen, law enforcement personnel typically enter the identifying information for that vehicle, including the VIN, into law enforcement databases, such as the National Stolen Passenger Motor Vehicle Information System. This makes it difficult for a car thief to sell a stolen vehicle, because the thief will usually be unable to provide the buyer with a valid title. Consequently, to sell the stolen vehicle, or to obtain a higher price, a car thief needs to obtain a clean title for it—a title that matches the make and model of the stolen vehicle, and the thief then alters the stolen vehicle's actual VIN to match the VIN on the clean title.

3.  To obtain a clean title, a car thief may start by searching the Internet for vehicles registered in different states that are the same make and model of the vehicle stolen or targeted. Once a similar vehicle registered in a different state is

2

found, a fraudulent title is created using the VIN from the similar vehicle from that state. If a fraudulent title is created and obtained, the thief replaces the VIN stickers and badges on the stolen vehicle to match the VIN on the fraudulent title. This is known as "cloning" a VIN to dress a stolen vehicle with a legitimate VIN and title and make it much more sellable.

**Overt Acts**

In furtherance of the conspiracy, and to achieve its purposes and objects, BODRICK STEELE, E.D., M.N., and others known and unknown to the United States Attorney, knowingly committed Overt Acts in the Northern District of Georgia, including but not limited to the following:

1. Between in or about October 2017, through at least in or about October 2018, E.D. resided at an apartment complex in Atlanta, Georgia (GA), called the EON at Lindbergh.

2. On or about November 3, 2017, a 2016, silver Mercedes Benz G63 AMG, bearing its true VIN WDCYC7DF8FX232325, was stolen from Westgate Mitsubishi, located in Raleigh, North Carolina (NC).

3. On or about November 5, 2017, the 2016, silver Mercedes Benz G63 AMG was observed parked in the lower parking deck of the EON at Lindbergh.

4. On or about February 3, 2018, a 2016, black Mercedes Benz GLE, bearing its true VIN 4JGDA5JB7GA748918, was stolen from the Modern Chevrolet dealership located in Winston-Salem, NC.

5. On or about February 14, 2018, the 2016, black Mercedes Benz GLE was located in the lower parking deck of the EON at Lindbergh without a license plate, and bearing a cloned VIN 4JGDA5HB2GA795702.

6.   On or about February 20, 2018, the 2016, silver Mercedes Benz G63 AMG was found in a container at the port of Oakland, California (CA), destined for Togo, West Africa.  The vehicle contained a cloned VIN WDCYC7DF3GX253679 and was accompanied by a fraudulent South Carolina title.

7.   On or about February 27, 2018, a 2017, black Range Rover was stolen from Steve Rayman Chevrolet, located in Marietta, GA.  That same day the 2017, black Range Rover, bearing its true VIN SALWR2FV0HA153491, was located in the lower parking deck of the EON at Lindbergh.

8.   On or about March 1, 2018, the 2017, black Range Rover was located in the lower parking deck of the EON at Lindberg bearing a cloned VIN SALWR2FV8HA676435.

9.   On or about March 31, 2018, a 2016, blue Toyota Highlander, bearing its true VIN 5TDYKRFH4GS169542, was stolen from World Toyota located in Chamblee, GA.

10.  On or about April 3, 2018, the 2016, blue Toyota Highlander was located in the lower parking deck of the EON at Lindberg bearing a cloned VIN 5TDJKRFH4GS291108.

11.  On or about April 4, 2018, a 2018, gray Toyota Land Cruiser, bearing its true VIN JTMCY7AJ9J4062691, was stolen from Rick McGill Toyota located in Alcoa, Tennessee (TN).

12.  On or about April 9, 2018, the 2018, gray Toyota Land Cruiser, bearing its true VIN, was located in the lower parking deck of the EON at Lindbergh with a broken back window.

4

13. On or about April 16, 2018, the 2018, gray Toyota Land Cruiser was located in the lower parking deck of the EON at Lindberg bearing a cloned VIN JTMCY7AJ4G4042793 and with a repaired back window.

14. On or about April 24, 2018, a 2016, white Mercedes Benz GLE 350D, bearing its true VIN JGDA5JBXHA923339, was stolen from Century BMW located in Greenville, SC.

15. On or about April 27, 2018, Defendant BODRICK STEELE and E.D. stole a 2016, brown Toyota Tundra, bearing its true VIN 5TFHW5F1XHX631288, from Beaver Toyota located in Cuming, GA. STEELE and E.D. took the vehicle to the lower parking deck of the EON at Lindbergh and parked it. After parking the vehicle, STEELE and E.D. removed license plates, car manuals, and materials containing the car's true VIN from the vehicle. STEELE and E.D. also replaced the VIN placard visible through the windshield of the car with a cloned VIN 5TFHW5F13HX608080.

16. On or about April 30, 2018, E.D. traveled to Stallings, NC. On or about that same day, a 2018, black Toyota Land Cruiser, bearing its true VIN JTMCY7AJ2J4068560, was stolen from Scott Clark Toyota City located in Stallings, NC.

17. On or about May 1, 2018, the black Toyota Land Cruiser, bearing its true VIN, was located in the lower parking deck of the EON at Lindberg.

18. On or about May 3, 2018, E.D. and STEELE stole a 2018, charcoal Toyota Tundra, bearing its true VIN 5TFAW5F15JX743794, from World of Toyota in Chamblee, GA.

19. On or about May 7, 2018, the 2018 charcoal Toyota Tundra, bearing its true VIN 5TFAW5F15JX743794, was located in the lower parking deck of the EON at Lindbergh.

20. On or about May 11, 2018, a 2018, bronze/silver Cadillac Escalade, bearing its true VIN 1GYS4CKJXJR298231, was stolen from Murfreesboro Cadillac in Murfreesboro, TN.  That same day, the vehicle was found with a broken passenger window and bearing its true VIN parked in the parking garage at the EON at Lindbergh.

21. On or about May 15, 2018, the 2016, white Mercedes Benz GLE 350D was located in the lower parking deck of the EON at Lindberg bearing a cloned VIN 4JGDA2EB8GA769351.

22. On or about May 15, 2018, E.D. and STEELE stole a 2017, black Mercedes Benz GLS 450, bearing its true VIN 4JGDF6EE0HA922468, from Hertz Car Sales located in Stone Mountain, GA.  That same day, the 2017, black Mercedes Benz GLS 450 bearing its true VIN was located in the lower parking deck of the EON at Lindbergh.

23. On or about May 16, 2018, the 2017 black Mercedes Benz GLS 450 was located in the lower parking deck of the EON at Lindbergh bearing a cloned VIN 4JGDF6EE4HA817822.

24. On or about May 16, 2018, E.D. and STEELE stole a 2017, white Mercedes Benz GLE 350, bearing its true VIN 4JGDA5JB2GA680141, from Bradshaw Acura located in Greenville, SC.  E.D. and STEELE then brought the vehicle to the EON at Lindbergh and parked it.  E.D. and STEELE then replaced the VIN placard

visible through the front windshield with a placard containing a cloned VIN 4JGDA5HB2HA937838.

25. On or about May 21, 2018, E.D. and STEELE stole a 2018, silver Toyota Highlander, bearing its true VIN 5TDYZRFH1JS240098, from Town and Country Toyota in Charlotte, NC. E.D. and STEELE then brought the vehicle to the EON at Lindbergh and parked it. E.D. and STEELE then replaced the VIN placard visible through the front windshield with a placard containing a cloned VIN 5TDDZRFH6HS436594.

26. On or about June 1, 2018, a white, 2018 Mercedes Benz GLE 63S AMG, bearing its true VIN 4JGDA7FB7JB034826, was stolen from Hendrick Mercedes Benz in Charlotte-Mecklenburg, NC.

27. On or about June 3, 2018, E.D. and STEELE stole a 2018, black Mercedes Benz GLE 63S AMG, bearing its true VIN 4JGED7FB3JA118577, from RBM of Atlanta in Sandy Springs, GA.

28. On or about June 4, 2018, the 2018, black Mercedes Benz GLE 63S AMG was parked in the lower level of the parking deck at EON at Lindbergh bearing a cloned VIN 4JGED7FB1HA073259.

29. On or about, June 4, 2018, the black Toyota Land Cruiser was located in the lower parking deck of the EON at Lindbergh bearing a cloned VIN JTMCY7AJ1G4048132.

30. On or about June 5, 2018, STEELE was found driving the 2018, white Mercedes Benz GLE 63S AMG.

31. On or about June 16, 2018, E.D. and STEELE stole a 2018, black Toyota Tacoma, bearing its true VIN 3TMAZ5CN7JM059267, from Marietta Toyota in Marietta, GA.

32. On or about June 17, 2018, the 2018, silver Toyota Highlander, bearing a cloned VIN 5TDDZRFH6HS436594, was seized from a shipping container located at the port of Charleston, SC, bound for Banjul, Gambia.  The vehicle was accompanied by a fraudulent South Carolina title.

33. On or about June 19, 2018, the 2017 Black Range Rover, bearing a cloned VIN SALWR2FV8HA676435, and the 2016 blue Toyota Highlander, bearing a cloned VIN 5TDJKRFH4GS291108, were seized from a shipping container bound for Banjul, Gambia, while located at the port of Charleston, SC.  Each vehicle was accompanied by a separate fraudulent District of Columbia title.  The 2016, brown Toyota Tundra, bearing a cloned VIN 5TFHW5F13HX608080, was seized from a separate shipping container at the same location bound for Accra, Ghana. The 2016, brown Toyota Tundra was accompanied by a fraudulent South Carolina title.

34.  On or about June 20, 2018, a 2018, black Mercedes Benz GLE 43 AMG, bearing its true VIN 4JGDA6EB8JB144862, was stolen from Dick Dyer Mercedes Benz in Columbia, SC.

35. On or about June 27, 2018, the black Mercedes Benz GLE 43 AMG, bearing its true VIN, was parked in the lower parking deck of the EON at Lindbergh.

36. On or about June 28, 2018, the 2018, charcoal Toyota Tundra was located in in the upper parking deck of the EON at Lindbergh bearing a cloned VIN 5TFDW5F14FX780601.

37. On or about July 5, 2018, the 2018, black Toyota Tacoma was observed parked in the lower parking deck of the EON at Lindbergh bearing its true VIN.

38. On or about July 5, 2018, E.D., aided and abetted by others known and unknown to the Grand Jury, stole a 2018, black Lexus LX 570, bearing its true VIN JTJHY7AX1J4270121, from Lexus of Greenville in Greenville, SC.

39. On or about July 5, 2018, E.D. followed the 2018, black Lexus LX 570, bearing its true VIN JTJHY7AX1J4270121, into the parking garage at the EON at Lindbergh where it was parked.

40. On or about July 6, 2018, the 2017, black Mercedes Benz GLS 450, bearing a cloned VIN 4JGDF6EE4HA817822, was seized at the Port of San Francisco, CA, where it was scheduled to be shipped to Togo. The vehicle was accompanied by a fraudulent South Carolina title.

41. On or about July 6, 2018, a 2018, black Lexus LX 570, bearing its true VIN JTJHY7AX2J4263243, was stolen from Jim Hudson Lexus in Martinez, GA.

42. On or about July 7, 2018, the black Lexus LX 570, bearing its true VIN, JTJHY7AX2J4263243 was parked in the lower parking deck at the EON at Lindbergh.

43. On or about July 9, 2018, the black Mercedes Benz GLE 43 AMG was parked in the lower parking deck of the EON at Lindbergh bearing a cloned VIN 4JGDA6EBXHA940867.

44. On or about, July 11, 2018, the 2016, white Mercedes Benz GLE 350D, bearing a cloned VIN 4JGDA2EB8GA769351, and the 2018, grey Toyota Land Cruiser, bearing a cloned VIN JTMCY7AJ4G4042793, were seized by the

Houston, Texas (TX), Police Department inside a shipping container that was scheduled to be shipped to Jacksonville, Florida (FL).

45. On or about July 19, 2018, E.D., and others known and unknown to the Grand Jury, stole a 2018, White Toyota Land Cruiser, bearing its true VIN JTMCY7AJ5J4072604, from Fred Anderson Toyota in Raleigh, NC.

46. On or about July 19, 2018, the 2018, white Toyota Land Cruiser, bearing its true VIN, was taken by E.D., and others known and unknown to the Grand Jury, and parked in the lower level of the EON at Lindbergh.

47. On or about July 21, 2018, a 2017, white Toyota Land Cruiser bearing its true VIN JTMCY7AJ5H4057160, was stolen from Flow Buick GMC in Greensboro, NC.

48. On or about July 23, 2018, the 2018, white Toyota Land Cruiser, bearing its true VIN, was parked in the lower deck of the parking garage at EON at Lindbergh.

49. On or about July 24, 2018, the 2018, black Lexus LX 570 was parked in the lower parking deck at the EON at Lindbergh bearing a cloned VIN JTJHY7AX8J4261030.

50. On or about July 30, 2018, the 2018, black Lexus LX 570 was located in the lower parking deck of the EON at Lindbergh bearing a cloned VIN JTJHY7AX3G4194247.

51. On or about August 14, 2018, a 2016, gray Toyota Highlander, bearing its true VIN 5TDYZRFH9JS275374, was stolen from Auto Nation Toyota in Buford, GA. The same day, the vehicle was found parked in the lower deck of the EON at Lindbergh.

52. On or about September 26, 2018, M.N., met with a car hauler driver, who had loaded the 2018, black Toyota Tacoma and the 2018, black Lexus LX 570, onto a car hauler.  M.N. met with the car hauler driver and provided paperwork to him. M.N. also climbed on the car hauler and inspected the 2018, black Toyota Tacoma and the 2018, black Lexus LX 570.

53. On or about September 26, 2018, the black, Lexus LX 570 bearing a cloned VIN JTJHY7AX3G4769656, was seized at the Port of Jacksonville, FL.  The vehicle was accompanied by a fraudulent Maryland title and was bound for Cotonou, Benin.

54. On or about October 3, 2018, the 2018, black Toyota Tacoma, bearing a cloned VIN 5TFDZ5BN2GX011564, and the 2018, black Lexus LX 570, bearing a cloned VIN JTJHY7AX3G4194247, were seized at the Port of Galveston, TX, bound for Cotonou, Benin.  Also on that same day, the 2016, gray Toyota Highlander, bearing a cloned VIN 5TDDKRFH8GS280870, was seized at the Port of Galveston bound for Lagos, Nigeria.

55. On or about November 1, 2018, M.N. paid a car hauler driver in cash, after which the car haul driver loaded the 2018 charcoal Toyota Tundra onto a car hauler.  That same day, M.N. made a cash deposit into a bank account to pay for the shipment of the 2018 charcoal Toyota Tundra out of the Port of Baltimore, Maryland, to Cotonou, Benin.

56. On or about December 5, 2018, the 2018, white Toyota Land Cruiser was seized at the Port of Baltimore, MD, awaiting shipment to Bamako, Mali.  The 2018, white Toyota Land Cruiser was accompanied by a fraudulent Maryland title and bore VIN JTMCY7AJXH4058613.

57. On or about December 6, 2018, the 2018, black Mercedes Benz GLE 63S AMG, bearing a cloned VIN 4JGED7FB1HA073259, was seized from a shipping container located in the Port of Savannah, GA, bound for Gambia, West Africa.

58. On or about February 12, 2019, the 2018, charcoal Toyota Tundra, bearing a cloned VIN 5TFDW5F14FX780601, was seized from a shipping container located at the Port of Baltimore, MD.  The vehicle was accompanied by a fraudulent Florida title.

All in violation of Title 18, United States Code, Section 371.

## Count Two
### (Felon in Possession – 18 U.S.C. § 922(g)(1))

On or about January 19, 2021, in the Northern District of Georgia, the defendant, BODRICK STEELE, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, including Bank Fraud, on or about March 1, 2007, in the Sixth Judicial District Court, East Carroll Parish, Louisiana, did knowingly possess a firearm, in and affecting interstate and foreign commerce, that is, a Taurus G3, 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Criminal Information, the defendant, BODRICK STEELE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(5), any property, real or personal, representing or traceable to the gross proceeds obtained, directly or indirectly, as a result of said violation, including, but not limited, to a personal forfeiture money judgment in United States currency equal to the amount of

proceeds the defendant obtained from the commission of the offense alleged in Count One of this Criminal Information.

Upon conviction of the offense alleged in Count Two of this Criminal Information, the defendant, BODRICK STEELE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

KURT R. ERSKINE
*Acting United States Attorney*

MATTHEW S. CARRICO
*Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181